IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| FARM CREDIT SERVICES OF AMERICA, FLCA, <br><br> Plaintiff, <br><br> vs. <br><br> RICHARD KNUPPE, <br><br> Defendant. | **8:26CV102** <br><br> **ORDER SETTING REQUIREMENTS AND DEADLINES FOR PRELIMINARY INJUNCTION HEARING** |

Plaintiff Farm Credit Services of America, FLCA's Motion for Preliminary Injunction, Filing 4, was set for hearing on March 18, 2026, at 1:30 p.m. Filing 11 at 29 (¶ 5). The Court granted Defendant Richard Knuppe's motion, Filing 15, requesting that the hearing be continued. Filing 16. The preliminary injunction hearing in this matter is now set for March 30, 2026, at 1:30 p.m. Filing 16. The Court deems it appropriate to set various deadlines and requirements for such a hearing.

The preliminary injunction hearing is scheduled for a maximum of two hours. Each party will be allocated twenty minutes to present arguments. The Court will use the rest of the time scheduled for the hearing, if necessary, for questioning and additional argument as the Court deems appropriate. The Court sees no reason why this matter cannot be submitted on documentary evidence and affidavits; therefore, the hearing will be on arguments and written submissions only. Any party who believes that live testimony is required to present its case on the Motion must file a motion requesting live witnesses demonstrating good cause and indicating the estimated time required to hear the testimony.

1

The Court will also set an expedited briefing schedule for the disposition of the Motion for Preliminary Injunction. The parties are further required to file all exhibits by the deadlines outlined in this order. The exhibit list shall list preliminary injunction exhibits with reference to the title of the exhibit and with reference to the ECF filing number and the ECF page numbers of the entire exhibit. Preliminary injunction exhibits already in the ECF record should not be filed again. Paper exhibits will not be offered at the hearing.

Accordingly,

IT IS ORDERED that:

1. The March 30, 2026, hearing shall be for a maximum of two (2) hours, and each party shall be allocated twenty (20) minutes to present its argument on the Motion for Preliminary Injunction;

2. The hearing shall be on the arguments and written submissions only. Any party who believes that live testimony is required to present its case on the Motion for Preliminary Injunction must file a motion not later than 5:00 p.m. CDT on Wednesday, March 25, 2026, requesting live witnesses, demonstrating good cause for presentation of live testimony, indicating the estimated time required to hear the live testimony, and the opposing party's position on the need for live testimony;

3. Not later than 5:00 p.m. CDT on Wednesday, March 25, 2026, Defendant shall file (1) an Opposition Brief, (2) supporting evidence, and (3) an exhibit list;

4. Not later than 12:00 p.m. CDT on Friday, March 27, 2026, Plaintiff shall file (1) any additional evidence on which it intends to rely to support its motion, (2) an exhibit list, and (3) any reply brief.

5.  All briefs shall comply with NECivR 7.1.

Dated this 19th day of March, 2026.

BY THE COURT:

_____
Brian C. Buescher
United States District Judge